IN THE UNITED DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY P. CHANDLER, *Deceased,* *by his Personal Representative,* FAYE ELAINE CHANDLER, ) ) ) ) Plaintiff, ) ) vs. ) ) BNSF RAILWAY COMPANY, ) ) Defendant. ) | Case No: 3:14-cv-187-DRH-DGW |

## PROTECTIVE ORDER

Defendant, BNSF Railway Company, is **ORDERED** to produce the personnel file of Dennis S. Mann including, but not limited to, the medical file of Dennis S. Mann and all medical information in the possession of the Defendant BNSF, which existed up to and including November 5, 2013.

It is further **ORDERED** that this information shall only be used in the context of this case and shall not be disclosed to any entity, and for any purpose, not associated with this cause of action. At the conclusion of this case, Plaintiff is to return to Defendant BNSF the entire personnel file of Dennis S. Mann that was produced to Plaintiff, including all medical information.

**IT IS SO ORDERED.**

**DATED: October 14, 2015**

*[signature: Donald Wilkerson]*

**DONALD G. WILKERSON**
**United States Magistrate Judge**