UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

STANLEY P. CHANDLER, Deceased,
by his Personal Representative,
FAYE ELAINE CHANDLER,

    Plaintiff,

v.

BNSF RAILWAY COMPANY,

    Defendant.                               No. 14-cv-187-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Agreed Order Allocating Settlement Proceeds and Adjudicating Attorney Liens entered on May 24, 2016, the above-captioned case is **DISMISSED** with prejudice

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT


                                  BY:     /s/*Caitlin Fischer*
                                                **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.06.15
16:24:44 -05'00'

APPROVED:
        U. S. DISTRICT JUDGE